AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Jessical B. *Plaintiff* v. Commissioner of Social Security *Defendant* | ) ) ) Civil Action No. 3:23-cv-344 ) ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: This matter is REMANDED to the Social Security Administration under Sentence Four of 42 U.S.C. § 405(g); and case terminated.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Peter B. Silvain, Jr.  on a motion for Joint Motion for Remand

Date: 03/26/2024

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*